IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THEODORE ANDERSON**
**ADC # 138956**                                                                                    **PLAINTIFF**

v.                                  No. 5:16-cv-91-DPM-BD

**C. SIMPSON, Sergeant, Varner Unit, ADC;**
**M. DEMERY, Captain, Varner Unit, ADC;**
**RANDY WATSON, Warden Varner Unit, ADC;**
**and MARSHALL REED, Deputy Director, ADC**                        **DEFENDANTS**

ORDER

On *de novo* review, the Court adopts Magistrate Judge Deere's recommendation, № 28, and overrules Anderson's objections, № 29 & 30. FED. R. CIV. P. 72(b)(3). Motion for partial summary judgment, № 11, granted. Anderson's official-capacity claims for money damages are dismissed with prejudice. His remaining claims against Watson and Reed are dismissed without prejudice for failure to exhaust.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 July 2016