**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

THEODORE ANDERSON,
ADC # 138956                                                                                         PLAINTIFF

V.                        CASE NO. 5:16-CV-00091 DPM/BD

CHRISTIE A. SIMPSON, et al.                                                              DEFENDANTS

## ORDER

Plaintiff Theodore Anderson, an inmate at the Varner Unit filed this without the help of a lawyer under 42 U.S.C. § 1983.  (Docket entry #2)   Mr. Anderson is proceeding on an access-to-the-courts claim against Defendants Simpson and Demery.  (#2)

A.     **Motion to Amend**

Mr. Anderson has moved to amend his complaint to add the "mail room lady" as a Jane Doe, explaining that he does not currently know her name but will ascertain her name from Defendants.  (#40)  For good cause, the motion (#40) is GRANTED.  The Clerk of the Court is directed to add "Jane Doe, the mail room lady" as a Defendant.

It is Mr. Anderson's responsibility to identify Jane Doe.  He has sixty days from the entry of this order to identify and provide a valid service address for this Defendant.  The Court will then order service of process on the defendant.  Mr. Anderson may send discovery requests, or use other means, to find valid service addresses for the defendant.

B.     **Motion in Limine**

Mr. Anderson filed a motion in limine to have his past criminal history stricken from the record.  (#41)  The motion (#41) is DENIED, as premature.  If this case proceeds

to trial, a scheduling order will be issued giving Mr. Anderson ample opportunity to file motions in limine before the trial.

IT IS SO ORDERED this 23rd day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE