## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**THEODORE ANDERSON,**
**ADC # 138956**                                                                          **PLAINTIFF**

**V.**                              **CASE NO. 5:16-CV-00091-DPM-BD**

**CHRISTIE A. SIMPSON, et al.**                                           **DEFENDANTS**
                              <u>**ORDER**</u>

     Plaintiff Theodore Anderson, an inmate in the Arkansas Department of Correction, filed this civil rights lawsuit pro se, claiming that Christie Simpson and Michael Demery violated his right to access the courts.[1]  (Docket entry #2)  Subsequently, Mr. Anderson filed an amended complaint that did not name Mr. Demery as a Defendant.  (#45)

     Defendant Demery has now moved for judgment on the pleadings.  (#47)  Mr. Anderson has responded, conceding that Defendant Demery should be dismissed from the lawsuit.  (#55)

     Defendant Demery's motion for judgment on the pleadings (#47) is GRANTED, and claims against him are hereby DISMISSED, without prejudice.

     DATED this 28th day of December, 2016.

_____
UNITED STATES MAGISTRATE JUDGE

---

    [1] Claims against Defendants Randy Watson and Marshall Reed were  dismissed based on failure to exhaust administrative remedies.  (#31)