IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

THEODORE ANDERSON
ADC # 138956                                              PLAINTIFF

v.                       No. 5:16-cv-91-DPM

CHRISTIE A. SIMPSON, Sergeant,
Varner Unit, ADC; and VERGIE ALLEN,
Mail Room Lady                                            DEFENDANTS

## JUDGMENT

Anderson's individual capacity claims against Simpson and Allen and his official capacity claims for damages are dismissed with prejudice. All other claims are dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

6 September 2017